# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LUTHER STEVEN MONTGOMERY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. A. NO.: 23-0471-KD-MU |
| | ) |
| **STATE FARM INSURANCE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), (Doc. 37), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant Phuong V. Chu's motion to dismiss for failure to state a claim is **GRANTED**. Accordingly, Plaintiff Luther Montgomery's Complaint is **DISMISSED**.

**DONE** and **ORDERED** this **5th** day of **January 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**